F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

June 25, 2026

**VIA ECF**

Judge Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Razzaq v. Knapp St. Pizza Ltd. *et al.*
Case No.: 1:23-cv-08809 (BMC)

Dear Judge Cogan:

This firm represents Plaintiff in the above-captioned matter.  We write in accordance with the Court's order today to address Plaintiff's October 21, 2025 letter to the Court.

Plaintiff had received all of the payments under the agreement at the time he wrote the October 21, 2025 letter. My office also provided to him before he filed the letter a breakdown of his payments under the agreement and later upon request sent him a copy of the payments.  My office continues to represent Plaintiff against Defendants in a matter in New York State Supreme Court.

Plaintiff thanks the Court for its attention in this matter.

Respectfully Submitted,

-------------------/s/----------
Michael Taubenfeld, Esq.